No. 20-40643

# In the United States Court of Appeals for the Fifth Circuit

Texas Alliance for Retired Americans; Sylvia Bruni; DSCC; DCCC,

*Plaintiffs-Appellees*,

v.

Ruth Hughs, in her official capacity as the Texas Secretary of State,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Texas, Laredo Division

### Declaration of Judd E. Stone II

I, Judd E. Stone II, declare and state as follows:

1. I am at least 18 years of age and capable of making this declaration. I have personal knowledge of the facts stated below.

2. I currently serve as the Solicitor General in the Solicitor General Division of the Office of the Attorney General of Texas. I am also counsel for Ruth Hughs, in her official capacity as the Texas Secretary of State ("Secretary"), in this matter.

3. I earned my B.A. from the University of Texas, Dallas and my J.D. from Northwestern University. I have served as a judicial clerk for Justice Antonin Scalia on the United States Supreme Court, for then-Chief Judge

1

Edith Jones on this Court, and for Justice Daniel Winfree on the Alaska Supreme Court. Following my clerkships, I served as Chief Counsel for Senator Ted Cruz. Before that, I practiced in Washington, D.C., at Morgan, Lewis, and Bockius in their Supreme Court and Appellate Practice Group and at Kellogg, Hansen, Todd, Figel & Frederick. I now serve as the Solicitor General of Texas, where I manage a division of appellate lawyers who are responsible for representing the State in its most significant appellate matters. Since I was appointed Solicitor General earlier this year, I have been involved with supervising all aspects of this appeal.

4. I respectfully submit this declaration in support of Appellant's Motion for Determination of Attorneys' Fees and Costs, which relates to the Court's order of March 11, 2021. That order granted the Secretary's motion to sanction Plaintiffs' lawyers based upon the lawyers' filing of a successive motion to supplement the record that was nearly identical to a motion that had already been denied by the Court. The Court ordered Plaintiffs' lawyers to pay: (i) reasonable attorneys' fees and court costs incurred by the Secretary in connection with Plaintiffs' duplicative motion and (ii) double costs under 28 U.S.C. § 1927.

5. Employees of the Office of the Attorney General generally are required to prepare contemporaneous time sheets to record their time spent on legal matters. I do not keep time in my capacity as Solicitor General, however, because the position is considered administrative and primarily is

tasked with overseeing agency operations. This is consistent with other executive deputies at the agency who do not keep time.

6. Nevertheless, I do spend a significant portion of my time supervising and handling appeals. I estimate that I spent ten hours working on this appeal in response to Plaintiffs' duplicative motion to supplement the record, which included responding to Plaintiffs' successive motion to supplement the record, cross-moving for sanctions, and also responding to Plaintiffs' motion for reconsideration of the March 11, 2021 order. During that time, I coordinated the strategy for the Secretary's response, reviewed and revised drafts of the Secretary's relevant briefing, and supervised all of the relevant filings. Ten hours is a conservative estimate of the amount of time I spent working on these tasks.

7. My last hourly rate before I left private practice was approximately $950 per hour.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 4th day of October, 2021, in Austin, Texas.

_____
Judd E. Stone II